# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE MANN WILLIAMS, | ) 1:12cv00730 LJO DLB PC |
| | ) |
| Plaintiff, | ) FINDINGS AND RECOMMENDATION |
| | ) RECOMMENDING DISMISSAL OF |
| | ) DEFENDANT MARISOL FROM THE |
| vs. | ) ACTION FOR FAILURE TO EFFECT |
| | ) SERVICE OF PROCESS |
| MARISOL, et al., | ) |
| | ) |
| Defendants. | ) |

Plaintiff Horace Mann Williams ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's First Amended Complaint on the following claims: (1) violation of the First Amendment against Defendants Valdivia, Agu, Lopez, and Trimble; and (2) violation of the Eighth Amendment against Defendants Marisol, Sica, Agu, Valdivia, and Lopez. To date, Defendants Valdivia, Agu, Lopez, Trimble, and Sica have been served and have appeared in this action.

On March 26, 2014, service was returned unexecuted as to Defendant Marisol. Accordingly, on September 10, 2014, pursuant to Rule 4(m), the Court ordered Plaintiff to show cause, within thirty days, why Defendant Marisol should not be dismissed from the action for failure to effect service of process. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.

1

Rule 4(m) provides,

If a defendant is not served within 120 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

This action has been pending since May 4, 2012.  The Marshal's Office has exhausted the avenues available to it in attempting to locate and serve Defendant Marisol.  Using information provided by Plaintiff on May 23, 2013, the Marshal contacted the Litigation Department at Kern Valley State Prison.  The Litigation Coordinator notified the Marshal that there has never been any such person employed at Kern Valley State Prison.  The Litigation Coordinator stated that there is no current staff member with that name, and there has never been an associate warden at Kern Valley State Prison with that name.  Plaintiff was provided with an opportunity to show cause why Defendant Marisol should not be dismissed.  Fed. R. Civ. P. 4(m).  Plaintiff failed to respond to the order within the allotted time.

## RECOMMENDATION

Based on the foregoing, it is HEREBY RECOMMENDED that Defendant Marisol be DISMISSED from the action based on Plaintiff's failure to effect service of the summons and complaint pursuant to Federal Rule of Civil Procedure 4(m).

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty (30) days after being served with these Findings and Recommendations, any party may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

///

///

2

within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   __**October 23, 2014**__                    _____/s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE

3