# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE MANN WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>MARISOL, et al.,<br><br>    Defendants. | Case No. 1:12-cv-00730 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6)<br><br>[ECF Nos. 22, 50] |

Plaintiff Horace Mann Williams is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 10, 2014, the Magistrate Judge issued Findings and Recommendations that recommended Defendant's Agu, Valdivia, Sica, and Trimble's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) be DENIED and Defendants Agu, Validivia, Sica and Trimble be DIRECTED to file an answer to the First Amended Complaint.  The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within twenty-one (21) days.  Over twenty-one days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 10, 2014, are ADOPTED in full;

2. Defendants Agu, Valdivia, Sica, and Trimble's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is DENIED; and

3. Defendants Agu, Validivia, Sica and Trimble are DIRECTED to file an answer to the First Amended Complaint within thirty (30) days of the date of service of this Order.

IT IS SO ORDERED.

Dated: __**October 31, 2014**__           __/s/ Lawrence J. O'Neill__
                                                      UNITED STATES DISTRICT JUDGE

2