# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE MANN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARISOL, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-00730 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING DEFENDANT MARISOL FROM THE ACTION<br><br>[ECF Nos. 66, 67] |

Plaintiff Horace Mann Williams is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 23, 2014, the Magistrate Judge issued Findings and Recommendations that recommended Defendant Marisol be DISMISSED from the action for failure to effect service of process.  The Findings and Recommendations were served on the parties and contained notice that any objections were to be filed within thirty (30) days.  Over thirty days have passed and no party has filed objections.  However, on October 24, 2014, Plaintiff filed a motion to dismiss Defendant Marisol from the action without prejudice.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 23, 2014, are ADOPTED in full;

2. Defendant Marisol is DISMISSED from the action without prejudice.

IT IS SO ORDERED.

   Dated:   **October 31, 2014**          **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE