# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE MANN WILLIAMS, | **Case No. 1:12-cv-00730-LJO-SKO (PC)** |
| Plaintiff, | **ORDER ON PLAINTIFF'S MOTION FOR CLARIFICATION OF CHANGE IN CASE NUMBER AND FOR SCHEDULING ORDER** |
| v. | |
| CATE, et al., | **(Doc. 99)** |
| Defendants. | |

On July 5, 2017, Plaintiff filed a motion requesting clarification of any change in the case number from "1:12-cv-00730 LJO DLB" to the current number listed above and requested an updated scheduling order. (Doc. 99.) For Plaintiff's clarification, the only change in the number of this case is from "DLB" to "SKO." "DLB" are the initials for Magistrate Judge Dennis L. Beck, who is now retired. "SKO" are the initials for Magistrate Judge Sheila K. Oberto who was assigned this case when it was reopened on remand from the Ninth Circuit. A new Discovery and Scheduling Order issued after remand on July 10, 2017. (Doc. 101.) This rendered Plaintiff's request for a new scheduling order moot.

Accordingly, it is HEREBY ORDERED that to the extent Plaintiff is requesting clarification regarding the case number assigned to this action, the request is GRANTED. Plaintiff's request for a new scheduling order is disregarded since moot.

IT IS SO ORDERED.

Dated: __**August 8, 2017**__ __/s/ *Sheila K. Oberto*__
UNITED STATES MAGISTRATE JUDGE

1