# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE MANN WILLIAMS,<br><br>　　　　　Plaintiff,<br>　v.<br>CATES, et al.,<br>　　　　　Defendants. | Case No. 1:12-cv-00730-LJO-SKO (PC)<br><br>**ORDER STAYING DISCOVERY OTHER THAN ON EXHAUSTION**<br><br>**(Doc. 106)** |

　　　On September 7, 2017, Defendants filed a motion for summary judgment per *Albino v. Baca*, No. 10-55702, 2014 WL 1317141, at *1 (9th Cir. Apr. 3, 2014) (en banc), asserting the affirmative defense that Plaintiff failed to exhaust his available administrative remedies prior to filing this action. (Doc. 106.) In their motion, Defendants request that discovery be stayed, other than on exhaustion issues, until a ruling is issued on their motion. (*Id.*)

　　　Accordingly, it is HEREBY ORDERED, that Defendants' request is GRANTED and, other than on exhaustion issues, discovery is STAYED in this action.

IT IS SO ORDERED.

Dated: __September 11, 2017__　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1