# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE MANN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CATE, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00730-LJO-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION IN FULL AND DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF BASED ON LACK OF STANDING**<br><br>**(Docs. 102, 103, 104)** |

Plaintiff, Horace Mann Williams is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 9, 2017, the Magistrate Judge filed Findings and Recommendations which were served on the parties and which contained notice to the parties that objections were to be filed within twenty-one days. Neither side filed any objections. Local Rule 304(b), (d).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on August 9, 2017 (Doc. 104), is adopted in full; and

/ / /

/ /

1

2. Plaintiff's motions for injunctive relief, filed on July 26, 2017 and August 7, 2017 (Docs. 102, 103) requesting access to his legal files and materials, are DENIED for lack of standing.

IT IS SO ORDERED.

Dated: **September 20, 2017**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE